IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEVIN LABREW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-cv-079-BR |
| | § | |
| A&K TRUCKLINE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING ORIGINAL MOTION FOR DEFAULT JUDGMENT AS MOOT AND SETTING EXPEDITED BRIEFING SCHEDULE REGARDING AMENDED MOTION FOR DEFAULT JUDGMENT

On January 17, 2025, the undersigned issued an Order setting a deadline of January 31, 2025 for Plaintiff to "file any motion for leave to amend…Plaintiff's Motion for Default Judgment." (ECF 68). On January 31, 2025, Plaintiff filed an Amended Motion for Default Judgment. (ECF 72). As a preliminary matter, the Court finds that Plaintiff's Amended Motion for Default Judgment, (*Id.*), renders the original Motion for Default Judgment, (ECF 47), moot, and so finds that the original Motion should be DENIED.

Based on the history of this case, the undersigned understands that Intervenor-Defendant is opposed to the relief requested by Plaintiff's Amended Motion for Default Judgment, (ECF 72). (*See, e.g.*, ECF 54) (Intervenor-Defendant's Response to Plaintiff's original Motion for Default Judgment). Under the local Civil Rules of this Court, Intervenor-Defendant would normally have 21 days to file a response and brief in opposition to Plaintiff's Amended Motion. N.D. Tex. Civ. R. 7.1(e). However, given the fast-approaching trial setting in this case, the Court finds that an expedited briefing schedule is needed. (*See* ECF 28 at 6) (setting trial to being April 28, 2025).

Accordingly, Plaintiff's original Motion for Default Judgment, (ECF 47), is hereby DENIED as moot. It is further ORDERED that Intervenor-Defendant must file any response to Plaintiff's Amended Motion for Default Judgment Against Defendant A&K Truckline, Inc. **on or before Monday, February 10, 2025**. Intervenor-Defendant is advised that if it intends to apply its original Response, (ECF 54), which was filed in opposition to the version of Plaintiff's Motion the Court has now denied as moot, to Plaintiff's Amended Motion with no changes to that original Response, then Intervenor-Defendant may file a Notice to the Court stating such intent by the deadline given above, and the Court will consider the filings accordingly. Finally, unless otherwise ordered by the Court, Plaintiff shall not file any reply to any response or notice filed by Intervenor-Defendant in accordance with this Order.

IT IS SO ORDERED.

ENTERED February 3, 2025.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE