IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DEVIN LABREW,                                          §
                                                       §
        Plaintiff,                                     §
                                                       §
v.                                                     §
                                                       §
A&K TRUCKLINE, INC.,                                   §
                                                       §         2:23-cv-079-BR
        Defendant,                                     §
                                                       §
and                                                    §
                                                       §
A-ONE COMMERCIAL INSURANCE RISK                        §
RETENTION GROUP, INC.,                                 §
                                                       §
        Intervenor Defendant.                          §

**DEFAULT JUDGMENT AGAINST A&K TRUCKLINE, INC.**

        In accordance with Federal Rules of Civil Procedure 55, 58, and the Court's Memorandum

Opinion and Order issued February 27, 2025, (ECF 85), it is ORDERED, ADJUDGED, and

DECREED that default judgment is entered as to liability and causation for Plaintiff Devin

Labrew's claims of negligence and gross negligence against Defendant A&K Truckline, Inc.

Damages will be awarded in the amounts to be determined at a trial by jury.

        IT IS SO ORDERED.

        ENTERED February 28, 2025.

                                                       _____
                                                       LEE ANN RENO
                                                       UNITED STATES MAGISTRATE JUDGE