IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEVIN LABREW<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-79 |
| A&K TRUCKLINE, INC, et al<br>*Defendant(s).* | § § § | |

**JOINT STIPULATION OF DISMISSAL OF A&K TRUCKLINE, INC. AND UNKNOWN EMPLOYEE DRIVER**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff DEVIN LABREW hereby dismisses with prejudice their civil action against Defendant A&K TRUCKLINE INC. and UNKNOWN EMPLOYEE DRIVER only.

SO STIPULATED, this \_\_\_\_ day of _____, _____.

Respectfully submitted,

*/s/ Alexandria Howard*
ALEXANDRIA HOWARD
State Bar No. 24132612
Lexisteam@fuentesfirm.com
**The Fuentes Firm, P.C.**
2626 Cole Ave. #300
Dallas, TX 75204
Telephone: (281) 378-7640
**ATTORNEY FOR INTERVENOR A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC**

**AULSBROOK LAW FIRM PC**

*Kimberly Jones Penepacker*
Kimberly Jones Penepacker
State Bar No. 24101976
Kim@thetexaslawdog.com
424 E. Lamar Blvd, Suite 200
Arlington, TX 76011
Tel: (817) 775-5364
Fax: (817) 381-5892
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Federal Rules of Civil Procedure a true and correct copy of the foregoing document was served on the following counsel of record through the Court's ECF system on _____May 28, 2025_____.

Kimberly Jones Penepacker
Aulsbrook Law Firm PC – Arlington

*/s/ Alexandria Howard*